**CELINA MUTUAL CASUALTY COMPANY, Appellant, v. H. Kenneth CONKLIN, Appellee.**

No. 11399.

United States Court of Appeals
Sixth Circuit.

Dec. 13, 1951.

George R. Smith, Dale R. Booth, Lexington, Ky., for appellant.

Stoll, Keenon & Park and Leer Buckley, all of Lexington, Ky., for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the judgment of the District Court be and the same is hereby affirmed.

**Robert C. NORMAN, Appellant, v. SPOKANE-PORTLAND & SEATTLE RAILWAY CO., a Corporation, Appellee.**

No. 12882.

United States Court of Appeals
Ninth Circuit.

Dec. 5, 1951.

Elton Watkins, Portland, Or., for appellant.

Hugh L. Biggs, George H. Fraser, Cleveland C. Cory, Hart, Spencer, McCulloch, Rockwood & Davies, all of Portland, Or., for appellee.

Before HEALY and POPE, Circuit Judges, and LEMMON, District Judge.

PER CURIAM.

This is a suit against a railroad company under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq., by an employee of a bona fide independent contractor. The appeal is from a judgment dismissing the employee's suit. The judgment is affirmed for the reason given in the district court's opinion, D.C., 101 F.Supp. 350.